IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN WILLIAM VICKERS                                                                      PLAINTIFF

      v.                                        CIVIL NO.  09-4104

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                         DEFENDANT

## J U D G M E N T

    For reasons stated in a memorandum opinion of this date, we hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

    If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended.  See Shalala v. Schaefer, 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

    IT IS SO ORDERED AND ADJUDGED this 2nd day of November 2010.

                                    /s/ *Erin L. Setser*
                                    HON. ERIN L. SETSER
                                    UNITED STATES MAGISTRATE JUDGE